The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| KNOCKFIERNA, LLC,<br><br>        Plaintiff,<br><br> v.<br><br>CITY OF SHELTON,<br><br>        Defendant. | No. 3:24-cv-05873<br><br>STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR SUMMARY JUDGMENT AND MODIFYING DISCOVERY DEADLINES |

## I. INTRODUCTION

WHEREAS, the parties have conferred on more than one occasion about the nature and posture of the case; and

WHEREAS, the parties believe this case is subject to a number of gateway legal issues, which do not require substantial discovery; and

WHEREAS, the parties desire to efficiently adjudicate this case in a manner that minimizes needless costs and delay; and

WHEREAS, the parties also desire to minimize redundant and unhelpful briefing which are often attendant to cross-motions; and

WHEREAS, the parties have crafted a summary judgment briefing schedule that differs from the Court's standing order, which they are now submitting for the Court's consideration.

ORDER
(3:24-cv-05873) - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

## II. STIPULATION

The parties hereby stipulate to the following summary judgment briefing schedule:

| | |
|---|---|
| **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** | March 14, 2025 |
| **DEFENDANT'S OMNIBUS RESPONSE BRIEF AND CROSS-MOTION FOR SUMMARY JUDGMENT** | April 4, 2025 |
| **PLAINTIFF'S RESPONSE OMNIBUS RESPONSE BRIEF AND REPLY BRIEF** | April 11, 2025 |
| **DEFENDANT'S REPLY BRIEF** | April 18, 2025 |

The parties further stipulate that, following the Court's ruling on the summary judgment cross-motions, if the case is not dismissed, they shall confer and submit a joint status report recommending discovery and trial-related deadlines.

SO STIPULATED.

KELLER ROHRBACK L.L.P.


By *s/ Adam L. Rosenberg*
     Adam L. Rosenberg, WSBA #39256
*Attorneys for Defendant*


MAYNARD LAW, PLLC


By *s/ Jackson Maynard, Jr.*
     Jackson Maynard, Jr., WSBA #43481
*Attorneys for Plaintiff*

ORDER
(3:24-cv-05873) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

### III. ORDER

The Court, finding good cause, hereby ADOPTS the above briefing schedule and ORDERS that, if the case survives summary judgment, the parties shall submit a joint status report recommending discovery and trial-related deadlines.

SO ORDERED.

DONE this 12th day of March 2025.

*[signature]*
JUDGE BARBARA J. ROTHSTEIN

Presented by:

KELLER ROHRBACK L.L.P.

By *s/ Adam L. Rosenberg*
   Adam L. Rosenberg, WSBA #39256
*Attorneys for Defendant*

MAYNARD LAW, PLLC

By *s/ Jackson Maynard, Jr.*
   Jackson Maynard, Jr., WSBA #43481
*Attorneys for Plaintiff*

4910-3330-1795, v. 3

ORDER
(3:24-cv-05873) - 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384